Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
CYNDIE FAIRCHILD

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CYNDIE FAIRCHILD,<br><br>               Plaintiff,<br><br>   vs.<br><br>AMERICAN EXPRESS NATIONAL BANK<br><br>           Defendant(s), | Case No.: 3:23-cv-01709-L-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><br>Hon. M. James Lorenz |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff CYNDIE FAIRCHILD ("Plaintiff") hereby voluntarily dismisses all claims against Defendant AMERICAN EXPRESS NATIONAL BANK, and this entire

action, with prejudice.

In support of said dismissal, Plaintiff avers as follows:

On September 15, 2023, Plaintiff filed the operative Complaint (ECF 1).

As of the date of this Notice, Defendant AMERICAN EXPRESS NATIONAL BANK, has not filed an answer nor a motion for summary judgment, nor a counterclaim.

On November 10, 2023, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendant had agreed to terms to settle Plaintiff's herein, subject to the execution of a confidential agreement (ECF 6). The Parties have since fully resolved the Matter.

WHEREAS, Plaintiff now seeks to have all claims against Defendant AMERICAN EXPRESS NATIONAL BANK, and this Entire Action, dismissed with prejudice.  The parties shall each bear their own fees and costs.

Dated: March 12, 2024,                   By:     *s/ Ahren A. Tiller*
                                                  ahren.tiller@blc-sd.com

                                                  Ahren A. Tiller
                                                  BLC Law Center, APC
                                                  Attorneys for Plaintiff